O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALLEN THOMAS,<br><br>    Petitioner,<br><br>vs.<br><br>MATTHEW CATE, SECRETARY,<br>CALIFORNIA DEPT. OF CORRECTIONS<br>AND REHABILITATION,<br><br>    Respondent. | CASE NO. ED CV 08-01103 RSWL (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 18, 2009

/ s /
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge