O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALLEN THOMAS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MATTHEW CATE, SECRETARY<br>CALIFORNIA DEPT. OF CORRECTIONS<br>AND REHABILITATION,<br><br>　　　　　Respondent. | CASE NO. ED CV 08-01103 RSWL (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of PAUL ALLEN THOMAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 18, 2009

/ s /
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge